COMPLAINT AND JURY DEMAND

NOW COMES THE PLAINTIFF HERINAFTER HELDER PEIXOTO AND PRAYS FOR THE HONORABLE FEDERAL JUSTICES OF THE UNITED STATES DISTRICT COURT BOSTON MASSACHUSETTS GRANT RELIEF FOR THE VIOLATIONS OF THE FAIR CREDIT REPORTING ACT 15 USC s 1681 HEREAFTER ("FCRA") BY EQUIFAX CREDIT REPORTING AGENCY. THE PLAINTIFF SEEKS FULL JUDGEMENT UNDER THE FCRA AND MASSACHUSETTS GENERAL LAWS 93A TREBLE DAMAGES.
THE PLAINTIFF SEEKS REMOVAL OF SEVERAL ACCOUNTS AND INQUIRES THE PLAINTIFF SEEKS RELIEF FOR THE DEFAMATION,THE PLAINTIFF SEEKS THE REMOVAL OF SEVERAL ACCOUNTS AND INQUIRIES FROM HIS CONSUMER CREDIT REPORT AS DETAILED IN THE AFFIDAVIT, AND ANY OTHER RELIEF THE COURT FINDS JUST.

JURISDICTION

JURISDICTION OF THIS COURT FALLS UNDER THE FCRA 15 USC s 1681 AND MASSACHUSETTS GENERAL LAWS CHAPTER 93 A.

PARTIES

THE PLAINTIFF HELDER PEIXOTO AN ADULT RESIDING IN MIDDLESEX COUNTY MASSACHUSETTS IS A CONSUMER AS DEFINED IN THE FCRA.

UPON INFORMATION AND BELIEF THE DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, HEREAFTER EQUIFAX MAINTAINS HEADQUARTERS IN ATLANTA GA,
AND IS A "PERSON" AS DEFINED BY THE FCRA. 1681 A (B) AND A "CONSUMER REPORTING AGENCY" AS DEFINED BY THE FCRA 1681 A (F).

UPON INFORMATION AND BELIEF DEFENDANT, CHAPMAN IS CEO OF EQUIFAX INFORMATION SOLUTIONS.

AFFIDAVIT IN SUPPORT OF ACTION

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE COMPLETE CONSUMER DISCLOSURES ON NUMEROUS OCCASIONS IN VIOLATION OF FCRA s 1681 AG (A) 1.

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO LIMIT THE FURNISHING OF CONSUMER REPORTS TO USERS WITH A PERMISSABLE PURPOSE IN VIOLATION OF THE FCRA s 1681 E (A).

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE TRAINED PERSONNEL IN VIOLATION OF FCRA s 1681 H (C).

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE TO PLAINTIFF A SUMMARY OF ALL RIGHTS IN VIOLATION OF FCRA s1681 G (C).

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO FOLLOW REASONABLE PROCEDURES TO ASSURE MAXIMUM POSSIBLE ACCURACY OF THE INFORMATION CONTAINED IN CONSUMER REPORTS IN VIOLATION OF FCRA s 1681 E (B).

EQUIFAX WILFULLY AND NEGLIGENTLY FAILED TO PROVIDE CONSUMER DISCLOSURES BY TELEPHONE AND FAX IN VIOLATION OF FCRA s 1681 H (B).

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO TO INVESTIGATE PLAINTIFFS DISPUTES, FAILED TO PROVIDE NOTICE OF THE DISPUTES TO THE FURNISHERS AND FAILED TO CONSIDER PLAINTIFFS INFORMATION IN VIOLATION OF FCRA s 1681 (A)1,(A)2 AND (A) 4.

5

EQUIFAX WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE WRITTEN NOTICE BY FAX OR E-MAIL AS REQUESTED BY PLAINTIFF ON NUMEROUS OCCASIONS AND FAILED TO PROVIDE REQUIRED NOTICES IN VIOLATION OF THE FCRA s 1681 i (A)7.

EQUIFAX WILLFULLY AND NEGLIGENTLY REPORTED INCORRECT ADDRESSES FOR PLAINTIFF,SUBJECTING HIM TO THE POSSIBILITY OF IDENTITY THEFT, LOST OPPORTUNITIES AND LOSS OF IMPORTANT MAILINGS,INCLUDING CONSUMER CREDIT DISCLOSURES.

EQUIFAX MALICIOUSLY & INTENTIONALLY DISSEMINATED INCORRECT DEFAMATORY STATEMENTS ABOUT PLAINTIFF.

EQUIFAX WILLFULLY AND NEGLIGENTLY ENGAGED IN THE SALE OF WORTHLESS AND INCORRECT CREDIT SCORES WITH INTENT TO MISLEAD AND DEFRAUD PLAINTIFF AND MIILIONS OF CONSUMERS

CHAPMAN IS RESPONSIBLE AND LIABLE FOR THE EQUIFAX PROCEDURES RESULTING IN THE NUMEROUS FCRA VIOLATIONS AND THE SUBSEQUENT SERIOUS DAMAGES TO PLAINTIFF AND MANY MILLIONS OF CONSUMERS.

I HAVE REQUESTED THAT FLEET/ADVANTA,FILENES,PROVIDIAN & DIRECT MERCHANTS BANK PROVIDE ORIGINAL SIGNED DOCUMENTS AND THEY CAN NOT PROVIDE THEM. UNDER THE DOCTRINE OF ESTOPPEL BY SILENCE ENGELHARD V GRAVENS, I MAY PRESUME THAT NO PROOF OF THE ALLEGED DEBT,NOR THEREFORE ANY SUCH DEBT IN FACT EXISTS. UNDER THE FCRA THESE ITEMS MAY NOT APPEAR ON MY CREDIT REPORT.

7

LIST OF ACCOUNTS

1. PORTFOLIO N-36148006

2. DIRECT MERCHANTS BANK #545800058506

3. FILENES # 65169

4. FLEET # 544911195900

5. PROVIDIAN # 447941102490

EQUIFAX WAS AND IS OBLIGATED BY THE FCRA TO DELETE DIRECT MERCHANTS BANK,FILENES,FLEET AND PROVIDIAN ACCOUNTS.

EQUIFAX WILLFULLY AND NEGLIGENTLY VIOLATED THE FCRA BY ALLOWING PORTFOLIO RECOVERY TO REAPPEAR ON MY CREDIT REPORT DATED 1/24/2004 AFTER IT HAD BEEN DELETED IN 2003. PORTFOLIO FAILED TO NOTIFY THE PLAINTIFF OF THE REPOSTING.

HELDER PEIXOTO (PRO-SE)

*[signature]*

161 Webster Avenue
Cambridge Ma 02141
617-547-0327

9