## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HELDER PEIXOTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-CV-10435-JLT |
| | ) | |
| EQUIFAX CREDIT INFORMATION | ) | |
| SERVICES and TOM CHAPMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### EQUIFAX'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Equifax Information Services LLC submits the following corporate disclosure statement identifying parent corporations and publicly held companies owning ten percent or more of Equifax's stock:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is publicly traded on the New York Stock Exchange.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC
By its attorneys,

David B. Wilson  (BBO# 548359)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Tel 617-557-5900

DATED:  June 4, 2004

829462

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2004, I caused a true and correct copy of the foregoing *Equifax's Corporate Disclosure Statement* to be served by U.S. mail with sufficient postage affixed to ensure delivery addressed as follows:

> Helder Peixoto
> 161 Webster Ave.
> Cambridge, MA  02141

Signed under the penalties of perjury.

_____
David B. Wilson