```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

HELDER PEIXOTO,
     Plaintiff,

     V
EQUIFAX CREDIT REPORTING              CA 04-10435-JLT
EXPERIAN INFORMATION SOLUTIONS    CA 04-10436-JLT
TRANSUNION LLC., et al                CA 04-10437-JLT
        Defendants.
```

NOTICE OF CANCELLATION AND RE-SCHEDULING

The scheduling conference set June 22, 2004

has been canceled.

It has been re-scheduled for: September 9, 2004

at 10:15 a.m.

By the court,
/s/
_____
Zita Lovett
Deputy Clerk,
(617) 748-9183

June 18, 2004
cc: All counsel of record