**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Heider Peixoto | 04-10435-JLT |
| DEFENDANT | TYPE OF PROCESS |
| Equifax information Services | S+C |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Equifax information Services

AT   ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 105518   Atlanta, GA, 30348

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Heider Peixoto
161 Webster Avenue
I.I. Ma. 02141

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

EQUIFAX INFORMATION SERVICES
PO BOX 105518
ATLANTA, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 15 2004

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service     7002 0510 0004 3542 5330
PS Form 3811, August 2001          Domestic Return Receipt         102595-02-M-0835

Fold

TELEPHONE NUMBER          DATE
17-547-0327               04/30/04

DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total    Total Process    District of Origin    District to Serve    Signature of Authorized USMS Deputy or Clerk        Date
                                                                                                    Delaware                                          5/11/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)    ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)    Date of Service    Time    ☐ am ☐ pm

                                                         Signature of U.S. Marshal or Deputy

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0004 3542 5330

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001        See Reverse for Instructions

Service Fee    Total Mileage Charges    Forwarding Fee    Total Charges    Advance Deposits    Amount owed to U.S. Marshal or    Amount of Refund

CLERK OF THE COURT                                        FORM USM-285 (Rev. 12/15/80)