U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Heldor Peixoto | COURT CASE NUMBER: 04-10435-JLT |
| DEFENDANT: Tom Chapman | TYPE OF PROCESS: |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Equifax P.O. Box 105518

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Atlanta GA 30348

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Heldor Peixoto
161 Webster Avenue
Cambridge MA 02141

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.:

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TOM CHAPMAN
EQUIFAX
PO BOX 105518
ATLANTA, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
MAY 1 5 2004

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7002 0510 0004 3542 5354

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

TELEPHONE NUMBER: 617-547-0327   DATE: 04/30/04

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk: [signature]   Date: 5/11/04

…as shown in "Remarks", the process described …poration, etc., shown at the address inserted below.

…named above (See remarks below)

☐ I hereby certify and return that I am unable…

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $
Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Postmark Here

PS Form 3800, January 2001   See Reverse

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)