UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

FILED
IN CLERKS OFFICE

2004 JUN 24  P 3:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| HELDER PEIXOTO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-10435 (JLT) |
| EQUIFAX CREDIT REPORTING ) | |
| AGENCY, TOM CHAPMAN, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF MOTION TO CONSOLIDATE

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Defendants Equifax Information Services, LLC, ,incorrectly named as "Equifax Credit Reporting Agency," ("Equifax"), Experian Information Solutions, Inc., incorrectly named as "Experian," ("Experian"), and Trans Union LLC ("Trans Union") respectfully request that the Court consolidate the following three matters filed by Plaintiff Helder Peixoto on February 27, 2004: (1) Peixoto v. Equifax Credit Reporting Agency, et al., 1:04-cv-10435 (JLT); (2) Peixoto v. Experian, Craig Smith, et al., 1:04-cv-10436 (JLT); and (3) Peixoto v. Transunion LLC, et al., 1:04-cv-10437 (JLT).

For the reasons set forth in the attached Memorandum of Reasons, Equifax, Experian and Trans Union pray that the court grants their respective Motions to Consolidate these three cases.

Dated: Boston, Massachusetts
       June ??, 2004

TRANS UNION LLC

_____
Mardic Marashian, Esq. (BBO#548607)
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, Massachusetts 02110
Tel: (617) 723-2525

Dated: New York, New York
       June 22, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

_____
Albert J. Rota, Esq., *pro hac vice*
JONES DAY
222 E. 41st Street
New York, New York 10017
Tel: (212) 326-3958
Fax: (212) 755-7306

- and -

NYI-2141147v1

|  |  |
|---|---|
|  | Robert S. White (BBO#552229)<br>Bourgeois, Dresser, White & Beard<br>4 Dix Street<br>Worcester, MA 01609<br>Telephone: 508-798-8801<br>Fax: 508-754-1943 |
| Dated: Boston, Massachusetts<br>June 24, 2004 | EQUIFAX INFORMATION SERVICES, LLC<br><br>*/s/ David Wilson*<br>David B. Wilson, Esq. (BBO# 548359)<br>ROBINSON & COLE<br>One Boston Place<br>Boston, Massachusetts 02108-4404<br>Tel: (617) 557-5900 |

NYI-2141147v1

3