IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELDER PEIXOTO )<br>)<br>Plaintiff )<br>v. )<br>)<br>TRANS UNION LLC, and )<br>HARRY GAMBILL )<br>)<br>Defendants )   | C.A. No: 04-CV-10435-NMG<br>(Lead Number)<br>(C.A. No: 04-CV-10437-NMG) |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Harry Gambill, by and through his attorneys, specially appears to respectfully move that this Court dismiss Plaintiff's complaint filed against him. The points and authorities in support of his motion to dismiss are more fully set forth in the attached memorandum of points and authorities.

Respectfully Submitted,

_____
MARDIC MARASHIAN (BBO#548607)
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525; Fax: (617) 723-3163

*Of Counsel:*
Bruce S. Luckman, *pro hac vice*
Satzberg, Trichon, Kogan &
 Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED: September 1, 2004