UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

| | |
|---|---|
| HELDER PEIXOTO,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, TOM CHAPMAN.,<br><br>    Defendants. | Case No. 04-CV-10435 (NMG) |

## CONFERENCE OF THE PARTIES REPORT

Pursuant to the Federal Rules of Civil Procedure 16 and 26, Local Rule 16.1, and the Discovery Order, dated March 25, 2004, the parties submit the following statement:

I.    AGENDA FOR SCHEDULING CONFERENCE

The parties propose that the agenda for the initial settlement conference include the following:

1. The parties' proposed discovery plan;

2. Discussion of the facts and law;

3. Settlement.

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b), the Plaintiff, Helder Peixoto, and counsel for Defendant Experian Information Solutions, Inc. ("Experian"), Attorney Albert J. Rota, on behalf of all Defendants, conferred by telephone on December 6, 2004. The parties agreed to a proposed agenda and a proposed discovery schedule.

II.    DISCOVERY PLAN

    A.    Initial Disclosures

NYI-2171510v1

The parties anticipate that all the information required by Fed. R. Civ. P. 26(a)(1) will be exchanged on or before January 1, 2005. Defendant Experian has served Plaintiff with its Initial Disclosures.

B. <u>Written Discovery Requests</u>

The parties propose that written discovery requests to a party may be served at any time after the scheduling conference. All written discovery requests must be served no later than January 15, 2005.

C. <u>Depositions</u>

The parties propose that they may notice and take depositions at any time after the scheduling conference and up to May 31, 2005.

1. <u>Defendants List of Persons It Wishes to Depose</u>

Defendants hereby sets forth a list of individuals it may consider deposing during the course of discovery. Defendant reserves the right to change this list as discovery continues.

    a. Helder Peixoto;

    b. Daniel Singleton or other representative of Direct Merchants Bank;

    c. Representative of A. Hohmann & Co, Inc.;

    d. Ilene M. Cox or other representative of US Credit Bureau;

    e. Cynthia McCall or other representative of Filene's;

    f. Alma Hunter or other representative of CBT Aspire;

    g. Tanya Brown or other representative of Fleet Bank; and

    h. Pauline Madayag or other representative of Providian Financial.

D. <u>Expert Disclosure and Discovery</u>

The parties propose that experts must be designated and reports filed by April 1, 2005. Expert depositions shall be completed by June 31, 2005.

III. FILING OF MOTIONS

The parties propose that motions for summary judgment be filed no later than July 31, 2005.

IV. PROPOSED CONFERENCES WITH COURT AND FINAL PRE-TRIAL CONFERENCE

The Defendant proposes that the Court schedule a final Pretrial Conference within 45 days of receipt of a decision of any pending dispositive motions, if dispositive motions are filed. Otherwise, the Defendant proposes that the final Pretrial Conference be scheduled as soon as practicable after the close of discovery.

V. TRIAL BY MAGISTRATE JUDGE

Defendants do not consent to a trial before a magistrate judge.

VI. PENDING MOTIONS

Currently pending before the Court is:

A. Defendant Craig Smith's Motion to Dismiss Complaint;

B. Defendant Tom Chapman's Motion to Dismiss Complaint; and

C. Defendant Harry Gambill's Motion to Dismiss Complaint.

Dated: New York, New York  
December 7, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

_____  
Albert J. Rota, Esq., *pro hac vice*  
JONES DAY  
222 E. 41st Street  
New York, New York  10017  
Tel: (212) 326-3958  
Fax: (212) 755-7306  
   - and -  
Robert S. White (BBO#552229)  
Bourgeois, Dresser, White & Beard  
4 Dix Street  
Worcester, MA 01609  
Telephone: 508-798-8801  
Fax: 508-754-1943

NYI-2171510v1                                -3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 7th day of December, 2004, to:

Helder Peixoto
161 Webster Avenue
Cambridge, Massachusetts 02141
*Plaintiff Pro Se*

Mardic Marashian
Bonin & Marashian
77 Franklin Street, 4th Floor
Boston, MA 02110

John Friedline, Esq.
Kilpatrick Stockton LLP
1100 Peachtree St., Ste. 2800
Atlanta, GA 30309

Bruce S. Luckman, Esq.
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103

David B. Wilson, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

_____
Albert J. Rota