UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELDER PEIXOTO, <br><br> Plaintiff <br><br> vs. <br><br> EQUIFAX CREDIT REPORTING AGENCY, <br><br> Defendant | Case No. 04-CV-10435 <br> (consolidated with 04-CV-10437-NMG) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of **Lee M. Holland** of the law firm of Robinson & Cole LLP, One Boston Place, Boston, MA 02108, as additional counsel for and on behalf of defendants Equifax Credit Reporting Agency and Tom Chapman.

Respectfully submitted,

**Equifax Credit Reporting Agency and Tom Chapman**

by their attorneys,

/s/ Lee M. Holland
David B. Wilson, Esq., BBO #548359
Lee M. Holland, Esq., BBO #650617
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108-4404

John J. Friedline, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Dated: December 9, 2004

821064