UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELDER PEIXOTO,<br><br>        Plaintiff<br><br>vs.<br><br>EQUIFAX CREDIT<br>REPORTING AGENCY,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-CV-10435<br>)  (consolidated with 04-CV-10437-NMG)<br>)<br>)<br>) |

## RULE 16.1(D)(3) CERTIFICATION

We hereby certify that we have conferred with Tom Chapman and Equifax Credit Reporting Agency, its authorized representatives, and/or regional litigation counsel with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

**Equifax Credit Reporting Agency and Tom Chapman**

by their attorneys,

/s/ Lee M. Holland
David B. Wilson, Esq., BBO #548359
Lee M. Holland, Esq., BBO #650617
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108-4404

John J. Friedline, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Dated: December 9, 2004

BOST1-844827-1