UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELDER PEIXOTO, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>) Case No. 04-CV-10437<br>TRANS UNION LLC, ) (consolidated with 04-CV-10435<br>HARRY GAMBILL, ) (NMG))<br>)<br>Defendants ) | |

## RULE 16.1(D)(3) CERTIFICATION

We hereby certify that we have conferred with Trans Union LLC, its authorized representatives, and/or regional litigation counsel with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Trans Union LLC,
by its attorneys,


_____
Bruce. S. Luckman, Esq. (Pro Hac Vice)
Timothy P. Creech, Esq. (Pro Hac Vice)
Marion, Trichon, Kogan & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103
215-575-7640

_____
Mardic Marashian (BBO#548607)
Bonin & Marashian
77 Franklin Street, 4th Floor
Boston, MA 02110
(617) 723-2525

Dated: December 9, 2004