UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Helder Peixoto,
        Plaintiff(s)

                                    CIVIL ACTION
        V.                          NO. 04-10435-NMG

Experien Information Solutions, Inc.,
        Defendant(s)

SCHEDULING ORDER


GORTON, D.J.

        This order is intended primarily to aid and assist counsel in
scheduling and planning the preparation and presentation of cases,
thereby insuring the effective, speedy and fair disposition of
cases either by settlement or trial.

        The above-entitled action having been filed on 2/27/04    , it
is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of
Civil Procedure and Local Rule 16.1(F), that:

    (1)   automatic discovery 12/31/04 amendments and/or
          supplements to the pleadings may be filed by
          1/31/05 subject to the provisions of the
          Federal Rules of Civil Procedure;

    (2)   written discovery requests are to be filed by
          1/31/05 and answers are to be filed by 2/28/05

    (3)   all expert depositions are to be completed by 6/30/05
          all non expert depositions 5/31/05

    (4)   all trial experts by plaintiff are to be
          designated and disclosure of information
          contemplated by FRCP, Rule 26(a)(2) by 4/30/05
          trial experts and designated and disclosure
          of information by defendant by 4/30/05

    (5)   all dispositive motions, including motions for
          summary judgment, are to be filed by 7/31/05
          and responses are to be filed fourteen (14)
          days thereafter pursuant to Local Rule 7.1;

    (6)   motions for summary judgment are to be filed
          7/31/05 [after completion of the necessary
          discovery] and responses 8/31/05

    (7)   discovery is to be completed by 6/30/05    ,
          unless shortened or enlarged by Order of this

Court.

(8)  Case to go to be referred to mediation _____.

(9)  a final pretrial conference will be held on
     _10/12/05 at 3:00 p.m._ to be notified by
     court,  and must be attended by trial counsel.
     Counsel shall be prepared to commence trial as
     of 12/5/05 at 9:00 a.m.


        All provisions and deadlines contained in this order
having been established with the participation of the parties to
this case, any requests for modification must be presented to the
judge or magistrate judge, if referred for case management
proceedings.  Any requests for extension will be granted only for
good cause shown supported by affidavits, other evidentiary
materials, or reference to pertenent portions of the record.  The
request shall be made by motion and shall contain the reasons for
the request, a summary of the discovery which remains to be taken,
and a date certain when the requesting party will complete the
additional discovery, join other parties, amend the pleadings or
file motions.  The Court may then enter a final scheduling order,
if necessary.

        Counsel are encouraged to seek an early resolution of this
matter.  Additional case management conferences may be scheduled by
the court or upon the request of counsel, if the Court can be of
assistance in resolving preliminary issues or in settlement.


                              By the Court,

                              /s/ Craig J. Nicewicz
                              _____
                              Deputy Clerk