# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**: Helder Peixoto

**DEFENDANTS**: Experian, Craig Smith

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**: Allen TX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**:
161 Webster Ave
Cambridge, MA, 02141

**ATTORNEYS (IF KNOWN)**:

RECEIVED MAR 12 2004

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury – Med. Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury – Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS – Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

F.C.R.A.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

**DEMAND $** 5,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE: _____ DOCKET NUMBER: _____

DATE: 03/27/04
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES OF AMERICA

MASSACHUSETTS DISTRICT
BOSTON                                                                              CA NO

```
HELDER PEIXOTO,      )
                     )
PLAINTIFF.           )
                     )
V.                   )
                     )
                     )
                     )
EXPERIAN,            )
CRAIG SMITH          )
                     )
DEFENDANTS.          )
                     )
                     )
```

COMPLAINT AND JURY DEMAND

NOW COMES THE PLAINTIFF HERINAFTER HELDER PEIXOTO AND PRAYS FOR THE HONORABLE FEDERAL JUSTICES OF THE UNITED STATES DISTRICT COURT BOSTON MASSACHUSETTS GRANT RELIEF FOR THE VIOLATIONS OF THE FAIR CREDIT REPORTING ACT 15 USC s 1681 HEREAFTER ("FCRA") BY EXPERIAN CREDIT REPORTING AGENCY. THE PLAINTIFF SEEKS FULL JUDGEMENT UNDER THE FCRA AND MASSACHUSETTS GENERAL LAWS 93A TREBLE DAMAGES.

1

THE PLAINTIFF SEEKS RELIEF FOR THE DEFAMATION, THE PLAINTIFF SEEKS THE REMOVAL OF SEVERAL ACCOUNTS AND INQUIRIES FROM HIS CONSUMER CREDIT REPORT AS DETAILED IN THE AFFIDAVIT, AND ANY OTHER RELIEF THE COURT FINDS JUST.

## JURISDICTION

JURISDICTION OF THIS COURT FALLS UNDER THE FCRA 15 USC s 1681 AND MASSACHUSETTS GENERAL LAWS CHAPTER 93 A.

## PARTIES

THE PLAINTIFF HELDER PEIXOTO AN ADULT RESIDING IN MIDDLESEX COUNTY MASSACHUSETTS IS A CONSUMER AS DEFINED IN THE FCRA.

2

UPON INFORMATION AND BELIEF THE DEFENDANT EXPERIAN, HEREAFTER EXPERIAN MAINTAINS HEADQUARTERS IN ORANGE CA, AND IS A "PERSON" AS DEFINED BY THE FCRA. 1681 A (B) AND A "CONSUMER REPORTING AGENCY" AS DEFINED BY THE FCRA 1681 A (F).

UPON INFORMATION AND BELIEF DEFENDANT, CRAIG SMITH IS CEO OF EXPERIAN.

## AFFIDAVIT IN SUPPORT OF ACTION

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE COMPLETE CONSUMER DISCLOSURES ON NUMEROUS OCCASIONS IN VIOLATION OF FCRA s 1681 AG (A) 1.

3

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO LIMIT THE FURNISHING OF CONSUMER REPORTS TO USERS WITH A PERMISSABLE PURPOSE IN VIOLATION OF THE FCRA s 1681 E (A).

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE TRAINED PERSONNEL IN VIOLATION OF FCRA s 1681 H (C).

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE TO PLAINTIFF A SUMMARY OF ALL RIGHTS IN VIOLATION OF FCRA s1681 G (C).

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO FOLLOW REASONABLE PROCEDURES TO ASSURE MAXIMUM POSSIBLE ACCURACY OF THE INFORMATION CONTAINED IN CONSUMER REPORTS IN VIOLATION OF FCRA s 1681 E (B).

EXPERIAN WILFULLY AND NEGLIGENTLY FAILED TO PROVIDE CONSUMER DISCLOSURES BY TELEPHONE AND FAX IN VIOLATION OF FCRA s 1681 H (B).

4

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO TO INVESTIGATE PLAINTIFFS DISPUTES,FAILED TO PROVIDE NOTICE OF THE DISPUTES TO THE FURNISHERS AND FAILED TO CONSIDER PLAINTIFFS INFORMATION IN VIOLATION OF FCRA s 1681 (A)1,(A)2 AND (A) 4.

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE WRITTEN NOTICE BY FAX OR E-MAIL AS REQUESTED BY PLAINTIFF ON NUMEROUS OCCASIONS AND FAILED TO PROVIDE REQUIRED NOTICES IN VIOLATION OF THE FCRA s 1681 i (A)7.

EXPERIAN WILLFULLY AND NEGLIGENTLY REPORTED INCORRECT ADDRESSES FOR PLAINTIFF,SUBJECTING HIM TO THE POSSIBILITY OF IDENTITY THEFT, LOST OPPORTUNITIES AND LOSS OF IMPORTANT MAILINGS,INCLUDING CONSUMER CREDIT DISCLOSURES.

EXPERIAN MALICIOUSLY & INTENTIONALLY DISSEMINATED INCORRECT DEFAMATORY STATEMENTS ABOUT PLAINTIFF.

5

EXPERIAN WILLFULLY AND NEGLIGENTLY ENGAGED IN THE SALE OF WORTHLESS AND INCORRECT CREDIT SCORES WITH INTENT TO MISLEAD AND DEFRAUD PLAINTIFF AND MIILIONS OF CONSUMERS.

CRAIG SMITH IS RESPONSIBLE AND LIABLE FOR THE EXPERIAN PROCEDURES RESULTING IN THE NUMEROUS FCRA VIOLATIONS AND THE SUBSEQUENT SERIOUS DAMAGES TO PLAINTIFF AND MANY MILLIONS OF CONSUMERS.

Clearly stated in the FCRA:

S604. PERMISSIBLE PURPOSES OF CONSUMER REPORTS[15 U.S.C.S1681B]
(A) In general. Subject to subsection(c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

(3) To a person which it has reason to believe
(A) intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer; or
(B) intends to use the information for employment purposes; or
(C) intends to use the information in connection with the underwriting of insurance involving the consumer; or
(D) intends to use the information in connection with a determination of the consumers eligibility for a license or other benefit granted by a governmental instrumentality required by law to consider an applicant's financial responsibility or status; or
(E) intends to use the information, investor or servicer, or current insurer, in connection with a valuation of, or an assessment of credit or prepayment risks associated with, an existing credit obligation; or
(F) otherwise has a legitimate buisness need for the information
(i) in connection with a buisness that is initiated by the consumer; or
(ii) to review an account to determine wheter the consumer continues to meet terms of the account.

LIST OF INQUIRES

1. ASSET ACCEPTANCE   07/14/2003
2. HOUSEHOLD          04/16/2003
3. ASSOCIATED         01/16/2003
4. NORTHLAND          11/13/2002
5. PIONEER            06/24/2002
6. CRW                05/24/2002
7. GULFSTATE          02/11/2002

7

None of the inquires (all hard inquires on my file) that relate to any of the above PERMISSIBLE PURPOSES. I was never offered credit,insurance or employment in relation to any of these inquiries. I never applied for credit with any of these companies. Due to the fact that these organizations were allowed to view my credit file without meeting any of the above requirements and thus causing a "hard inquiry" to appear on my credit report . TRANSUNION is obligated by the FCRA to correct these inaccuracies and delete the INQUIRES.

I HAVE REQUESTED THAT FILENES,DIRECT MERCHANTS BANK,US CREDIT BUREAU,ABT ASPIRE, FLEET AND PROVIDIAN FINANCIAL. PROVIDE ORIGINAL SIGNED DOCUMENTS AND THEY CAN NOT PROVIDE THEM. UNDER THE DOCTRINE OF ESTOPPEL BY SILENCE ENGELHARD V GRAVENS, I MAY PRESUME THAT NO PROOF OF THE ALLEGED DEBT,NOR THEREFORE ANY SUCH DEBT INFACT EXISTS. UNDER THE FCRA THESE ITEMS MAY NOT APPEAR ON MY CREDIT REPORT.

FILENES #651699910

DIRECT MERCHANTS #5458000585067354

CBT ASPIRE # 413480000800

US CREDIT BUREAU # 17644

FLEET # 544911195900

PROVIDIAN FINANCIAL # 447941102490

EXPERIAN WAS AND IS OBLIGATED BY THE FCRA TO DELETE THESE ACCOUNTS.

8

HELDER PEIXOTO (PRO-SE)

161 Webster Avenue
Cambridge Ma 02141
617-547-0327