# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3958
ajrota@jonesday.com

JP000838
026123-050863

December 10, 2004

<u>VIA CERTIFIED MAIL</u>

Helder Peixoto
161 Webster Avenue
Cambridge, MA 02141

Re: <u>Peixoto v. Experian Information Solutions, Inc., et. al.</u>

Dear Mr. Peixoto:

    Pursuant to the Court's November 10, 2004 notice and our December 6, 2004 conversation, the Scheduling Conference in the above-referenced action took place yesterday, December 9, 2004 without you. Judge Gorton instructed Defendants, as officers of the Court, to notify you that you will receive a copy of the scheduling order that will be entered as a result of that conference. In addition, Judge Gorton instructed Defendants to inform you that he was disappointed in your failure to appear at the conference without previously contacting the Court and has requested, under the possibility of dismissing your action, that you provide him with a written explanation regarding your failure to appear.

                              Sincerely,

                              Albert J. Rota

cc: All Counsel of Record (via email)

NYI-2172532v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON