# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3958
ajrota@jonesday.com

JP000838
026123-050863

March 11, 2005

<u>VIA OVERNIGHT MAIL</u>

Helder Peixoto
161 Webster Avenue
Cambridge, MA 02141

    Re: <u>Peixoto v. Experian Information Solutions, Inc.</u>

Dear Mr. Peixoto:

  We represent Defendant Experian Information Solutions, Inc. in the above-referenced matter. Pursuant to the Court's Scheduling Order, enclosed herewith, you were required to serve your automatic disclosures to Experian on or before December 31, 1004. In addition, Experian serve upon you its First Set of Interrogatories and First Set of Requests for Production of Documents on or about January 14, 2004 (additional copies enclosed). The Scheduling Order states that written discovery requests were to be served before January 31, 2004 and responses were to be served prior to February 28, 2005. Your failure to respond to Experian's discovery is in violation of the Scheduling Order. Please be advised that if we do not receive your responses to this discovery prior to March 18, 2005, we shall move to dismiss your claim for failure to prosecute.

                Sincerely,

                Albert J. Rota

Enclosures

NYI-2187507v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON