UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Helder Peixoto,,
      **Plaintiff**

V.

Trans Union LLC, et al.,,
      **Defendant**

CIVIL ACTION

NO. 04-10435-NMG

## ORDER OF DISMISSAL
## 10/31/05

Gorton, D. J.

In accordance with the Court's allowance of Defendant Equifax's motion to dismiss [Docket No. 25] and Defendant Trans Union's motion to dismiss [Docket No. 28] in open court on 10/12/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

**Approved,**

/s/ Nathaniel M. Goroton,
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)  [odism.]