UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Helder Peixoto,
        **Plaintiff**

V.

Trans Union LLC, et al.,
        **Defendants**

CIVIL ACTION

NO.  04-10435-NMG

## AMENDED ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's allowance of Defendant Equifax's motion to dismiss [Docket No. 25], Defendant Trans Union's motion to dismiss [Docket No.28], and Experian's motion to dismiss [Docket No. 27] open court on 10/12/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

Approved,                                    By the Court,

/s/ Nathaniel M. Gorton            /s/ Craig J. Nicewicz
**United States District Judge**         **Deputy Clerk**

**(Dismmemo.ord - 09/92)** **[odism.]**